USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________No. 97-1879 MARDO Q. GONZALEZ, Plaintiff, Appellant, v. JOHN MARSHALL, ET AL., Defendants, Appellees.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Charles B. Swartwood, III, U.S. District Magistrate Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. ____________________ Mardoqueo Gonzalez on brief pro se. Nancy Ankers White, Special Assistant Attorney General, and  Ann M. McCarthy, Counsel, Department of Correction, on brief forappellees John Marshall, Paul Verdini and Thomas Dickhaut. Bruce R. Henry and Morrison, Mahoney & Miller on brief for appelleePauline Sweeney. ____________________ March 12, 1998 ____________________   Per Curiam. We have carefully reviewed the record in this case, including the briefs of the parties and the decisions below. Essentially for the reasons indicated by the magistrate judge in his report and recommendation, dated March 24, 1997, the grant of summary judgment to defendants/appellees is affirmed.